UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YAHYA ABDUL-ALEEM and ALISSA DAVIS,

Plaintiffs,

-against-

MARK MILLER, et al.,

Defendants.

24-CV-9097 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

The Court is in receipt of an Amended Complaint from Plaintiff Yahya Abdul-Aleem. *See* ECF No. 36. On September 2, 2025, the Court granted Mr. Abdul-Aleem permission to file an amended complaint naming a Jane Doe defendant identified through a *Valentin* Order, adding his wife as a co-plaintiff, and alleging such relevant claims or allegations as needed with respect to the new co-plaintiff. *See* ECF No. 31. In his Amended Complaint, Mr. Abdul-Aleem names his wife, Alissa Davis, as co-plaintiff and Christa Loyd as a defendant; removes Jane Doe defendants; and adds new factual allegations. ECF No. 36.

Plaintiff Abdul-Aleem is entitled to rely on the Court and the U.S. Marshals Service to effect service. *See* ECF No. 10 at 3–4. To allow Plaintiff to effect service on Defendant Christa Lloyd through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form (USM-285 form) for Defendant Lloyd. She may be served at: Green Haven Correctional Facility, 594 Route 216, Stormville, New York 12582. The Clerk of Court is further instructed to issue a summons for Ms. Lloyd and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon her.

The Clerk of Court is respectfully directed to (1) update the docket to reflect the Amended Complaint at ECF No. 36, adding Crista Loyd as co-Defendant and terminating Jane Doe Defendants; (2) update Plaintiff Alissa Davis's zip code on the docket to 07108 to correct a typographical error; (3) mail an information package to Plaintiff Davis; and (4) mail copies of this Order to both Plaintiffs.

Dated: December 15, 2025
New York, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge