UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAHYA ABDUL-ALEEM and ALISSA DAVIS,

                    Plaintiffs,

          -against-

MARK MILLER, et al.,

                    Defendants.

24-CV-9097 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

As of May 1, 2026, all named defendants in this case have been served. *See* ECF Nos. 17, 24–25, 32–34, 41. Defendants' deadline to file an answer or otherwise respond to the Amended Complaint shall be June 12, 2026. If Defendants move to dismiss, Plaintiffs' opposition shall be due on July 24, 2026, and Defendants' reply shall be due 14 days after Plaintiffs' opposition appears on the docket. Plaintiffs may file their opposition jointly or separately. Any extensions must be requested at least 3 days before the deadline. The Clerk of Court is directed to mail a copy of this Order to Plaintiffs.

Dated: May 12, 2026
       White Plains, New York

                                 SO ORDERED.

                                 *Jessica Clarke*

                                 JESSICA G. L. CLARKE
                                 United States District Judge