UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAHYA ABDUL-ALEEM and ALISSA DAVIS,

Plaintiffs,

-against-

MARK MILLER, et al.,

Defendants.

24-CV-9097 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On June 16, 2026, the Court received a letter from Mr. Abdul-Aleem indicating that "it has been close to six months since [he] received a notice, letter or updated docket sheet pertaining to the motion [he] submitted in November." ECF No. 50.

The Court received the Amended Compliant on November 4, 2025, and subsequently received a letter from Mr. Abdul-Aleem requesting confirmation of receipt on December 9, 2025. ECF Nos. 36–37. In an order dated December 15, 2025, the Court confirmed receipt of the Amended Complaint. ECF No. 39. This order was mailed to both plaintiffs on December 16, 2026.

On May 12, 2026, the Court issued a scheduling order on the forthcoming Motion to Dismiss, which was mailed to both plaintiffs on May 14, 2026. ECF No. 43. Defendants subsequently filed the Motion to Dismiss on June 15, 2026, and served a copy via mail on both plaintiffs on June 15, 2026. ECF Nos. 46, 51, 53. Plaintiffs' opposition is now due on July 24, 2026, and Defendants' reply is due 14 days after an opposition is filed. Plaintiffs may request an extension of their opposition deadline as needed. The Court will make a decision on the Motion to Dismiss after it is fully briefed. The Clerk of Court is directed to mail a copy of this Order to both plaintiffs.

Dated: June 18, 2026
White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge